# UNITED STATES BANKRUPTCY COURT

Western District of Washington
700 Stewart St, Room 6301
Seattle, WA 98101

In Re:   Shantell V Dunkel

   Debtor(s).

Case No.: 15–10104–KAO
Chapter: 13

## NOTICE OF DEFICIENT FILING

## AND NOTICE REGARDING DISMISSAL OF CASE

**NOTICE IS HEREBY GIVEN TO THE DEBTOR** that the above referenced case, filed on **January 8, 2015**, contains one or more filing deficiencies which must be corrected. **Failure to file the missing document(s) or object to dismissal of the case indicating why dismissal is not appropriate on or before the deadline(s) stated below may result in the dismissal of this case without further notice.**

### DEADLINE TO CORRECT THE FOLLOWING DEFICIENCIES:

None


### DEADLINE TO CORRECT THE FOLLOWING DEFICIENCIES:   **January 23, 2015**

Summary of Schedules and Statistical Summary of Certain Liabilities (Form 6)
Schedules A thru J
Statement of Financial Affairs (Form 7)
List containing the names and addresses of all creditors
Chapter 13 Statement of Current Monthly Income (Official Form 22C–1)
Chapter 13 Plan


### CREDIT COUNSELING REQUIREMENT:

This requirement has not been satisfied.
In accordance with Fed.R.Bankr.P.Rule 1007(b), a certificate of completion or a statement of compliance with the credit counseling requirement is due at the time a new case is commenced. 11 U.S.C. § 109(h) states each debtor is required to have completed a credit counseling course within 180 days prior to filing a new case.


DATED: **January 8, 2015**

                                        Mark L. Hatcher
                                        Clerk of the Bankruptcy Court


*Personal checks tendered for payment of filing fees will not be accepted from Debtor(s). The court also does not accept credit or debit cards*

*from Debtor(s). Please submit your payment in the form of a cashier's check or money order made payable to the U.S. Bankruptcy Court.*

Additional information, rules and forms may be obtained from the court's website at www.wawb.uscourts.gov.