Entered on Docket January 28, 2015

**Below is the Order of the Court.**



_____
Karen A. Overstreet
U.S. Bankruptcy Judge
**(Dated as of Entered on Docket date above)**

_____

Form odsm

# UNITED STATES BANKRUPTCY COURT
### Western District of Washington
700 Stewart St, Room 6301
Seattle, WA 98101

Case No.: 15–10104–KAO
Chapter: 13

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
　　Shantell V Dunkel
　　15415 35th Ave W #J101
　　Lynnwood, WA 98087
Social Security / Individual Taxpayer ID No.:
　　xxx–xx–2268

Employer Tax ID / Other nos.:

_____

## ORDER DISMISSING CASE

This matter having come before the Court and based on a review of the records and files herein, it is

ORDERED that this case is dismissed due to:

- ☐ The debtor's failure to file required schedules.
- ☐ The debtor's failure to pay the filing fee.
- ☐ The debtor's failure to attend the meeting of creditors.
- ☐ The debtor's failure to comply with a show cause order.
- ☑ The debtor's failure to meet minimum filing requirements.
- ☐ Other: **The debtor's failure to file mailing list of creditors**

Any unpaid fees remain due and owing to the Clerk of the Bankruptcy Court.

///End of Order///